# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00138(1)-ADA |
| | § | |
| (1) OSCAR ENRIQUE RAMOS-TEPAS | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 3, 2026, wherein the defendant (1) OSCAR ENRIQUE RAMOS-TEPAS waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) OSCAR ENRIQUE RAMOS-TEPAS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) OSCAR ENRIQUE RAMOS-TEPAS' plea of guilty to Count One (1) is accepted.

Signed this 23rd day of June, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE